# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand twenty-six.

_____

Avalon Holdings Corporation,

      Plaintiff - Appellee,

  v.

Guy Gentile,

      Defendant - Appellant.

_____

_____

New Concept Energy, Inc.,

      Plaintiff - Appellee,

  v.

Guy Gentile,

      Defendant - Appellant.

_____

**ORDER**

Docket No. 26-1317

Docket No. 26-1318

IT IS HEREBY ORDERED that the above-captioned appeals shall be heard in tandem.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

