**Guy Gentile**
Defendant-Appellant, Pro Se
P.O. Box 504377
Zamurda Trading Building Complex
Dubai, United Arab Emirates
fightfightfigth@proton.me

May 25, 2026

VIA CM/ECF / email civilcases@ca2.uscourts.gov
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: Avalon Holdings Corporation v. Gentile, No. 26-1317; New Concept Energy, Inc. v. Gentile, No. 26-1318**

Dear Clerk Wolfe:

Defendant-Appellant Guy Gentile, appearing pro se, respectfully submits the enclosed Pro Se Scheduling Notification pursuant to Local Rule 31.2(a)(1)(A).

These tandem appeals arise from the related district court cases Avalon Holdings Corp. v. Gentile, No. 18-cv-7291, and New Concept Energy, Inc. v. Gentile, No. 18-cv-8896. The Court has ordered Case Nos. 26-1317 and 26-1318 to be heard in tandem. Accordingly, Appellant respectfully requests that the enclosed scheduling notification be applied to both tandem appeals unless the Clerk requires separate filings or separate forms.

Appellant has filed, or is filing contemporaneously with this submission, Form D-P certifying that no transcript will be ordered for purposes of these appeals. Appellant therefore requests the maximum briefing period permitted by Local Rule 31.2(a)(1)(A): 91 days from the ready date.

Respectfully submitted,

/s/ Guy Gentile
Guy Gentile
Defendant-Appellant, Pro Se

1

**United States Court of Appeals
for the Second Circuit**

**AVALON HOLDINGS CORPORATION,**
Plaintiff-Appellee,
v.
**GUY GENTILE,**
Defendant-Appellant,
MINTBROKER INTERNATIONAL, LTD.,
Defendant.

Case No. 26-1317



**NEW CONCEPT ENERGY, INC.,**
Plaintiff-Appellee,
v.
**GUY GENTILE,**
Defendant-Appellant,
MINTBROKER INTERNATIONAL, LTD.,
Defendant.

Case No. 26-1318

**PRO SE SCHEDULING NOTIFICATION
PURSUANT TO LOCAL RULE 31.2(a)(1)(A)**

Defendant-Appellant Guy Gentile, appearing pro se, respectfully submits this scheduling notification pursuant to Second Circuit Local Rule 31.2(a)(1)(A).

Appellant has filed, or is filing contemporaneously herewith, Form D-P certifying that no transcript will be ordered for purposes of these appeals. Accordingly, the ready date under Local Rule 31.2(a)(1)(A) is May 25, 2026, the date of the Form D-P filing/certificate that no transcript will be ordered.

Pursuant to Local Rule 31.2(a)(1)(A), Appellant respectfully requests that the deadline for filing his opening brief and appendix be set 91 days after the ready date, on August 24, 2026.

This request is warranted because these tandem appeals arise from long-running related district court proceedings, include multiple post-judgment orders, overlapping Avalon and New Concept dockets, and a record involving judgment enforcement proceedings, service issues, contempt/arrest-warrant issues, and related filings affecting the issues on appeal.

2

Appellant further notes that the Court has ordered Appeal Nos. 26-1317 and 26-1318 to be heard in tandem. Appellant therefore respectfully requests that this scheduling notification and the same briefing schedule apply to both tandem appeals unless the Clerk directs otherwise.

Dated: May 25, 2026

Respectfully submitted,

/s/ Guy Gentile

Guy Gentile
Defendant-Appellant, Pro Se
P.O. Box 504377
Zamurda Trading Building Complex
Dubai, United Arab Emirates
fightfightfigth@proton.me

3

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

AVALON HOLDINGS CORPORATION,
Plaintiff-Appellee,

v.

GUY GENTILE,
Defendant-Appellant,
MINTBROKER INTERNATIONAL, LTD.,
Defendant.

Case No. 26-1317

NEW CONCEPT ENERGY, INC.,
Plaintiff-Appellee,

v.

GUY GENTILE,
Defendant-Appellant,
MINTBROKER INTERNATIONAL, LTD.,
Defendant.

Case No. 26-1318



## CERTIFICATE OF SERVICE

I, Guy Gentile, certify that on June 4, 2026, I served a true and correct copy of the foregoing Cover Letter and Pro Se Scheduling Notification Pursuant to Local Rule 31.2(a)(1)(A) by email upon counsel for Plaintiffs-Appellees Avalon Holdings Corporation and New Concept Energy, Inc.:

David Lopez
Law Offices of David Lopez
DavidLopezEsq@aol.com

Miriam Tauber
Miriam Tauber Law PLLC
MiriamTauberLaw@gmail.com

I further certify that the foregoing document is being submitted to the United States Court of Appeals for the Second Circuit for filing in the above-captioned tandem appeals.

Dated: June 4, 2026

Respectfully submitted,

/s/ Guy Gentile

Guy Gentile
Defendant-Appellant, Pro Se
P.O. Box 504377
Zamurda Trading Building Complex
Dubai, United Arab Emirates
fightfightfigth@proton.me

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Avalon Holdings Corp. v. Gentile; New Concept Energy, Inc. v. Gentile     Docket No.: 26-1317/ 26-1318

Lead Counsel of Record (name/firm) or Pro se Party (name): Guy Gentile, Pro Se

Appearance for (party/designation): Defendant-Appellant Guy Gentile, pro se

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:

(☑) Correct

(☐) Incorrect.    See attached caption page with corrections.

   **Appellate Designation** is:

(☑) Correct

(☐) Incorrect.    The following parties do not wish to participate in this appeal:

   Parties: _____

(☐) Incorrect.    Please change the following parties' designations:

   <u>Party</u>                    <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:

(☑) Correct

(☐) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Guy Gentile

Firm: Pro Se

Address: P.O. Box 504377 Zamurda Trading Building Complex Dubai, United Arab Emirates

Telephone: _____    Fax: N/A

Email: fightfightfigth@proton.me

U.S. COURT OF APPEALS SECOND CIRCUIT   2026 JUN -9 PM 2:08   RECEIVED

## RELATED CASES

(☑) This case has not been before this Court previously.

(☐) This case has been before this Court previously.    The short title, docket number, and citation are: _____

(☑) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: Avalon Holdings Corp. v. Gentile, No. 26-1317; New Concept Energy, Inc. v. Gentile, No. 26-1318

## CERTIFICATION

I certify that (☐) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (☐) I applied for admission on_____or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record:_____

Type or Print Name:_____

     OR

Signature of pro se litigant: /s/ Guy Gentile

Type or Print Name: Guy Gentile

(☑) I am a pro se litigant who is not an attorney.

(☐) I am an incarcerated pro se litigant.

## ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Instructions:  This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted electronically as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d).  If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information.  Attach additional pages as necessary.

Case Information:

Short Title: Avalon Holdings Corp. v. Gentile; New Concept Energy, Inc.  Docket Number:_____

Personal Contact Information:

Client 1:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 2:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 3:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 4:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 5:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## THURGOOD MARSHALL UNITED STATES COURTHOUSE
### 40 FOLEY SQUARE
### NEW YORK, NY 10007
### 212-857-8500

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE INSTRUCTIONS

The Acknowledgement and Notice of Appearance form requires all parties to provide contact information, any required corrections to the caption, a review of the parties' appellate designations, and information regarding any related cases before this Court. Counsel must also certify that they have been admitted to this Court and have complied with all rules regarding admission renewal or that they have applied for admission to this Court. If the Court has not yet admitted counsel or approved counsel for renewed admission, personal contact information for each represented client must be provided on Addendum A. In accordance with Local Rule 12.3(a), this form must be completed and returned within 14 calendar days of receipt of the docketing notice.

Each lead counsel of record or individual appearing *pro se* must complete this form. Any attorney acting as a substitution or amicus counsel or any attorney other than lead counsel of record wishing to enter the case must file a separate notice of appearance using the Notice of Appearance for Substitution, Additional, or Amicus Counsel form provided on the Court's website.

Counsel of record must be admitted to the bar of this Court or be otherwise eligible to argue an appeal. The Court requires written *pro hac vice* motions filed before filing the notice of appearance. Admission *pro hac vice* will be extended as a matter of course to a member of the bar of a district court within the circuit who has represented a criminal defendant at trial and continues representation on an appeal taken pursuant to the Criminal Justice Act. *See* Local Rule 46.1(d)(1). Counsel, however, are encouraged to apply for general admission to this Court as soon as they meet the qualifications.

An attorney or pro se party who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case. An attorney and any pro se party who is permitted to file documents electronically must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail. Notification is made by accessing PACER's Manage My Account, https://pacer.psc.uscourts.gov/pscof/login.jsf. The Court's records will update with 1 business day of a user entering the change in PACER. In addition, if the Filing User has an open case, letter notification of the change must be sent to the Court, directly to the open case.

A pro se party who is not permitted to file documents electronically must notify the Court of a change in mailing address or telephone number by filing a letter with the Clerk of Court.

For information concerning attorney admissions and renewals, visit the Court's website at www.ca2.uscourts.gov or contact Admissions in the Clerk's Office at 212-857-8603 or 212-857-8640.

Revised October 2025

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

AVALON HOLDINGS CORPORATION,
Plaintiff-Appellee,

v.

GUY GENTILE,
Defendant-Appellant,

MINTBROKER INTERNATIONAL, LTD.,
Defendant.

Case No. 26-1317

NEW CONCEPT ENERGY, INC.,
Plaintiff-Appellee,

v.

GUY GENTILE,
Defendant-Appellant,

MINTBROKER INTERNATIONAL, LTD.,
Defendant.

Case No. 26-1318

## CERTIFICATE OF SERVICE

I, Guy Gentile, certify that on June 4, 2026, I served a true and correct copy of the foregoing Acknowledgment and Notice of Appearance by email upon counsel for Plaintiffs-Appellees Avalon Holdings Corporation and New Concept Energy, Inc.:

David Lopez
Law Offices of David Lopez
DavidLopezEsq@aol.com

Miriam Tauber
Miriam Tauber Law PLLC
MiriamTauberLaw@gmail.com

I further certify that the foregoing document is being submitted to the United States Court of Appeals for the Second Circuit for filing in the above-captioned tandem appeals.

Dated: June 4, 2026

Respectfully submitted,

/s/ Guy Gentile

Guy Gentile
Defendant-Appellant, Pro Se
P.O. Box 504377
Zamurda Trading Building Complex
Dubai, United Arab Emirates
fightfightfigth@proton.me

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

AVALON HOLDINGS CORPORATION v. GUY GENTILE, Case No. 26-1317
NEW CONCEPT ENERGY, INC. v. GUY GENTILE, Case No. 26-1318

## CERTIFICATE OF SERVICE

I, Guy Gentile, certify that on June 4, 2026, I served true and correct copies of the following documents by email upon counsel for Plaintiffs-Appellees Avalon Holdings Corporation and New Concept Energy, Inc.:

1. Corrected Civil Appeal Transcript Information Form D-P;
2. Corrected Cover Letter and Pro Se Scheduling Notification Pursuant to Local Rule 31.2(a)(1)(A); and
3. Corrected Acknowledgment and Notice of Appearance.

David Lopez
Law Offices of David Lopez
DavidLopezEsq@aol.com

Miriam Tauber
Miriam Tauber Law PLLC
MiriamTauberLaw@gmail.com

I further certify that the foregoing documents are being submitted to the United States Court of Appeals for the Second Circuit for filing in the above-captioned tandem appeals.

Dated: June 4, 2026

Respectfully submitted,

/s/ Guy Gentile
Guy Gentile
Defendant-Appellant, Pro Se
P.O. Box 504377
Zamurda Trading Building Complex
Dubai, United Arab Emirates
fightfightfigth@proton.me

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br><br>Avalon Holdings Corp. v. Gentile<br>New Concept Energy, Inc. v. Gentile | **DISTRICT**<br>S.D.N.Y. | **DOCKET NUMBER**<br>18-cv-7291; 18-cv-8896 |
| | **JUDGE**<br>Hon. Denise L. Cote | **APPELLANT**<br>Guy Gentile |
| | **COURT REPORTER**<br>N/A - no transcript ordered | **PRO SE APPELLANT**<br>Guy Gentile |

Check the applicable provision:

☐ I am ordering a transcript.

☒ I am not ordering a transcript

Reason for not ordering a transcript:

☒ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

None. No additional transcript is being ordered at this time because the relevant transcripts, if any, are already available on the district court docket or in the record.

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

*(stamp: COURT OF APPEALS SECOND CIRCUIT — RECEIVED 2026 JUN -9 PH 2:08)*

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):
N/A - no transcript ordered.

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

N/A - no transcript ordered.
Guy Gentile
Email: fightfightfigth@proton.me

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE<br>/s/ Guy Gentile | DATE<br>May 25, 2026 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

AVALON HOLDINGS CORPORATION,
Plaintiff-Appellee,

v.

GUY GENTILE,
Defendant-Appellant,

MINTBROKER INTERNATIONAL, LTD.,
Defendant.

Case No. 26-1317

NEW CONCEPT ENERGY, INC.,
Plaintiff-Appellee,

v.

GUY GENTILE,
Defendant-Appellant,

MINTBROKER INTERNATIONAL, LTD.,
Defendant.

Case No. 26-1318

# CERTIFICATE OF SERVICE

I, Guy Gentile, certify that on June 4, 2026, I served a true and correct copy of the foregoing Civil Appeal Transcript Information Form D-P by email upon counsel for Plaintiffs-Appellees Avalon Holdings Corporation and New Concept Energy, Inc.:

David Lopez
Law Offices of David Lopez
DavidLopezEsq@aol.com

Miriam Tauber
Miriam Tauber Law PLLC
MiriamTauberLaw@gmail.com

I further certify that the foregoing document is being submitted to the United States Court of Appeals for the Second Circuit for filing in the above-captioned tandem appeals.

Dated: June 4, 2026

Respectfully submitted,

/s/ Guy Gentile

Guy Gentile
Defendant-Appellant, Pro Se
P.O. Box 504377
Zamurda Trading Building Complex
Dubai, United Arab Emirates
fightfightfigth@proton.me

This package is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SE̶___ TO SEAL

PRIORITY MAIL
FLAT RATE ENVELO
POSTAGE REQUIRE

- Expected delivery d̲
- Domestic shipments
- USPS Tracking® serv̲___ ___stinations.
- Limited international
- When used internatio̲

*Insurance does not cover c̲
Domestic Mail Manual at htt̲
** See International Mail Ma̲

**FLAT RATE**
ONE RATE ■ ANY W̲

**TRACKED**

PS000010000

**UNITED STATES POSTAL SERVICE.** Retail

P

US POSTAGE PAID
$12.90
Origin: 10707
06/05/26
3595510143-03

PRIORITY MAIL®

0 Lb 3.80 Oz

RDC 03

EXPECTED DELIVERY DAY: 06/08/26

C099

SHIP TO:
40 FOLEY SQ
NEW YORK NY 10007-1502

USPS TRACKING® #

9505 5160 2257 6156 5081 47

PRIORITY® MAIL

UNITED STATES POSTAL SERVICE

For Domestic
and International Us̲

From 232 N Fulton Ave
APT 1
Mount Vernon, NY, 10552

TO Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
Thurgood Marshall U.S. Co̲
40 Foley Square
New York, NY, 10007

Label 228, January 2008