# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

*JUN 22 PM 4:21*

## PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE:<br>New Concept Energy, Inc.<br>v.<br>Gentile | USCA DOCKET NUMBER:<br>26-1318 | APPELLANT:<br>Guy Gentile |
| | DISTRICT:<br>SDNY | APPELLANT'S ADDRESS:<br>POB 504877<br>Zamura Trading Building Complex<br>Dubai, UAE |
| | DISTRICT/AGENCY NUMBER:<br>18-cv-8896 | APPELLANT'S PHONE NUMBER: 971 585 902 347 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted

for filing no later than ___08/24/2026___. This date is within 91 days of the later
                              (MM/DD/YYYY)

of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required

filing date of my ~~Form D-P~~ original Form D-P with the Court. *I reissued my form D-P per the clerk's letter home*

I understand that if I fail to return this signed scheduling proposal as stated above, the Court

will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may

be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal

illness or family death, the Court will not grant a motion to extend the time to file a brief.

Local Rule 27.1.(f)(1).

_____
Signature of Appellant/Petitioner

___6/11/26___
Date

___Guy Gentile___
Print Name

Rev. May, 2011

## United States Court of Appeals for the Second Circuit

AVALON HOLDINGS CORPORATION,
                    Plaintiff-Appellee,                     Case No. 26-1317
                    v.
GUY GENTILE,
                    Defendant-Appellant,
MINTBROKER INTERNATIONAL, LTD.,
                    Defendant.

---

NEW CONCEPT ENERGY, INC.,
                    Plaintiff-Appellee,                     Case No. 26-1318
                    v.
GUY GENTILE,
                    Defendant-Appellant,
MINTBROKER INTERNATIONAL, LTD.,
                    Defendant.

---

### CERTIFICATE OF SERVICE

I, **CARLA L. MARIN,** a nonparty adult over the age of 18, certify that on June 11, 2026, I served a true and correct copy of the below described appellate forms each dated June 11, 2026:

1. *Pro Se* Scheduling Notification in No. 26-1317,
   *Avalon Holdings Corp. v. Gentile*; and
2. *Pro Se* Scheduling Notification in No. 26-1318,
   *New Concept Energy, Inc. v. Gentile*,

respective copy(ies) attached by mailing each by first-class U.S. mail, postage prepaid, addressed to counsel for each Plaintiff-Appellee as follows:

David Lopez, Esq.
Law Office of David Lopez
171 Edge of Woods Road, PO Box 323
Southampton, NY 11968

Miriam Tauber, Esq.
Miriam Tauber Law PLLC
885 Park Ave.
New York, NY 10075

Dated: June 12, 2026

**CARLA L. MARIN**
65 Hill and Dale Rd.
Carmel, NY 10512
914 299 9017

Case: 26-1318, 06/22/2026, DktEntry: 33.1, Page 3 of 3

Marvin
65 Hill & Dale Rd
Carmel NY
10512

ALBANY NY 120
15 JUN 2026 AM 1

USM4LD
SDNY

Catherine O'Hagan Wolfe
Clerk of the Court
US Court of appeals for the 2nd Circuit
Thur good Marshall US court house
40 Foley Square
New York, NY 10007

New Concept

10007-1502